IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND HERNANDEZ,

        Plaintiff,                  1:06-CV-0258 ALA P

    vs.

S. DANIELSON, et al.,

        Defendants.        ORDER
_____/

      Plaintiff Raymond Hernandez is a state prisoner proceeding pro se and in forma pauperis in this civil rights actions pursuant to 42 U.S.C. § 1983. Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 15, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

1.     Plaintiff's February 11, 2008, motion for an extension of time is granted; and

2.     Plaintiff is granted thirty-five (35) days from the date of this order in which to file an amended complaint.

/////

Dated: February 13, 2008

                                        /s/ Arthur Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation