# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>S. DANIELSON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00258 OWW YNP SMS (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 This action proceeds on the March 14, 2008, Second Amended Complaint.  The Court screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Richardson, Shu and Kim for violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        R. RICHARDSON

        DR. SHU

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's Fourteenth Amendment claim be dismissed. and that Defendants Danielson, Nichols, Alvarez, Contreras, and Galaviz be dismissed.

        DR. KIM

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed March 14, 2008.

3. **Within thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed Second Amended Complaint filed March 14, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   July 2, 2009**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE