# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. DANIELSON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00258-OWW-SKO PC<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO INFORM COURT OF CHANGE IN ADDRESS |

　　　Plaintiff Raymond Hernandez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2010, the Court issued an order informing Plaintiff that this action was reassigned to Magistrate Judge Sheila K. Oberto. (Doc. #33.) On April 27, 2010, the Court issued an order requiring Plaintiff to show cause why Defendants Shu and Kim should not be dismissed from this action. (Doc. #34.) Both orders were mailed to Plaintiff and both orders were returned to the Court as undeliverable because Plaintiff was not in custody at the address in the Court's file.

　　　Under Local Rule 182(f), Plaintiff is required to inform the Court of any change of address. It appears that Plaintiff has failed to inform the Court of a change in his address. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to inform the Court of the change in his address.

IT IS SO ORDERED.

**Dated:　　July 12, 2010**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1