1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  RAYMOND HERNANDEZ, | CASE NO. 1:06-cv-00258-OWW-SKO PC |
| 10            Plaintiff, | ORDER |
| 11      v. | RESPONSE DUE WITHIN 20 DAYS |
| 12  S. DANIELSON, et al., | |
| 13            Defendants. | |
| 14  _____/ | |

15       Plaintiff Raymond Hernandez ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 13, 2010, the Court issued

17  an order to show cause why this case should not be dismissed for Plaintiff's failure to inform the

18  Court of a change in his address.  (Doc. #35.)  The order to show cause did not specify the deadline

19  for Plaintiff's response.

20       Accordingly, it is HEREBY ORDERED that Plaintiff must show cause in accordance with

21  the July 13, 2010 order within twenty (20) days of the date of service of this order.

22

23  IT IS SO ORDERED.

24  **Dated:    July 14, 2010**              _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1